UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No: 07 CIV 3936

IN RE WORLD TRADE CENTER SITE LITIGATION
ANTHONY DABNIS and LINDA DABNIS,

    Plaintiffs

- against -

THE CITY OF NEW YORK and AMEC CONSTRUCTION MANAGEMENT, INC., et al.

    Defendants

**AFFIDAVIT OF SERVICE OF SUMMONS AND VERIFIED COMPLAINT**

---

STATE OF NEW YORK, COUNTY OF NEW YORK SS: The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age with a business address at 120 Broadway, New York, New York 10271
That on 5/25/07 at 10:29 a.M., at 100 Church Street, New York, NY 10007
Deponent served the within Summons and Verified Complaint on: The City of New York

___ Individual by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

xx Corporation a municipal corporation, by delivering thereat a true copy of each to Gary Jean Giles personally, deponent knew said corporation so served to be the corporation described in said Summons as said defendant and knew said individual to be process clerk thereof

___ Suitable Age Person by delivering ther at a true copy of each to ___ a person of suitable age and discretion. Said premises is defendant's - actual place of business, dwelling place, ususal place of abode within the state.

___ Affixing to Door, etc. by affixing a true copy of each to the door of said premises, which is defendant's actual place of business – dwelling place - usual place of abode – within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and and discretion thereat, having called there

Mailing to Residence use with 3 or 4
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at ___ and deposited said envelope
In an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

Mailing to business Use with 3 or 4
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business at
In an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Person and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Description
Use with 1, 2 or 3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| X Male | White Skin | X Black Hair | ___ White Hair | ___ 14-20 Yrs. | ___ Under 5" | ___ Under 100 lbs |
| ___ Female | X Black Skin | ___ Brown Hair | ___ Balding | x 21-35 Yrs. | ___ 5'0" 5'3" | ___ 100-130 lbs |
| | ___ Yellow skin | ___ Blond Hair | ___ Mustache | ___ 36-50 Yrs. | ___ 5'4" 5'8" | ___ 131-160 Lbs. |
| | ___ Brown skin | ___ Gray Hair | ___ Beard | ___ 51-65 Yrs. | x 5'9"-6'0" | x 161-200 Lbs. |
| | ___ Red skin | ___ Red Hair | ___ Glasses | ___ Over 65 Yrs. | ___ Over 6" | ___ Over 200 Lbs. |

Other identifying features:

Use in NYC legend was
Civil Ct.
The words "CONSUMER CREDIT TRANSACTION" were properly displayed at the top of the summon(es) and the additional printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

Military Service
I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal Statutes.

Sworn to before me on 5/30/07

_____
KENNETH GRAHAM

0980098
License No

DYLENE SCHIFANDO
Commissioner of Deeds
No. 5-1402
Certificate Filed in New York County
Commission Expires June 19, 2009